**Order entered August 15, 2022**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00449-CV

### IN THE INTEREST OF L.W.G., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03769-Z**

### ORDER

The reporter's record in this appeal is past due. After receiving verification of payment for the reporter's record, we ordered Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record no later than August 5, 2022. To date, Ms. Finkley has failed to comply with the Court's order.

Accordingly, we **ORDER** Glenda Finkley to file the reporter's record within **TWENTY DAYS** of the date of this order. We **CAUTION** Ms. Finkley that failure to do so may result in the Court taking action to ensure Ms. Finkley

complies with the Court's orders, including an order that she not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to:


Honorable Mike Lee
Presiding Judge
256th Judicial District Court

Glenda Finkley
Official Court Reporter
256th Judicial District Court

All parties


/s/    KEN MOLBERG
JUSTICE